# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The premises and electronic storage media located at ▬ Landis Drive, East Greenwich, RI 02818 (the "SUBJECT PREMISES"), and further described below | Case No. 21-SW-076-LDA |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The premises and electronic storage media located at ▬ Landis Drive, East Greenwich, RI 02818 (the "SUBJECT PREMISES"), and further described in Attachment A.

located in the _____ District of ___Rhode Island___ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § § 2252(a)(4)(B) and 2252A(a)(5)(B) | Possession of or knowingly accessing with intent to view, or attempting or conspiring to do so, any material that contains an image of child pornography |

The application is based on these facts:
See the attached Affidavit of Special Agent Michael Agostinho of the Department of Homeland Security, Homeland Security Investigations ("HSI").

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

MICHAEL AGOSTINHO
Special Agent

Special Agent Michael Agostinho - HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __Telephone__ *(specify reliable electronic means)*.

Date: March 5, 2021

*Judge's signature*

City and state: Providence, Rhode Island          Lincoln D. Almond, US Magistrate Judge
*Printed name and title*