UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE:  SEARCH WARRANT

SW No.: 21-SW-076-LDA

Filed Under Seal

## MOTION TO SEAL

The United States of America, by and through its attorneys, Richard B. Myrus,

Acting United States Attorney, and Ronald R. Gendron, Assistant United States

Attorney, moves that this Motion to Seal and the attached Application for Search

Warrant, Search Warrant, and Supporting Affidavit, be sealed until further Order of

this Court.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

RICHARD B. MYRUS
Acting United States Attorney

RONALD R. GENDRON
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001

SO ORDERED:

_____
LINCOLN D. ALMOND
U.S. MAGISTRATE COURT JUDGE DATE:
                                        March 5, 2021